

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:24 CR 52 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| ANTHONY MAYERS | ) | 18 U.S.C. § 1591(a), (b)(1) |
| a/k/a "MOE" | ) | |
| a/k/a "MOE HARRIS" | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 29, 2023, in the Northern District of Indiana,

**ANTHONY MAYERS a/k/a "MOE", "MOE HARRIS"**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

Between on or about December 2019 and October 2022, in the Northern District of Indiana and elsewhere,

**ANTHONY MAYERS a/k/a "MOE", "MOE HARRIS"**

defendant herein, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited, by any means, a person, that is Individual One, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Individual One to engage in a commercial sex act;

In violation of Title 18 United States Code, Section 1591(a), 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE

Between on or about October 2021 and December 2021, in the Northern District of Indiana and elsewhere,

**ANTHONY MAYERS a/k/a "MOE", "MOE HARRIS"**

defendant herein, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited, by any means, a person, that is Individual Two, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Individual Two to engage in a commercial sex act;

In violation of Title 18 United States Code, Section 1591(a), 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FOUR

Between on or about September 2022 and November 2022, in the Northern District of Indiana and elsewhere,

**ANTHONY MAYERS a/k/a "MOE", "MOE HARRIS"**

defendant herein, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited, by any means, a person, that is Individual Three, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Individual Three to engage in a commercial sex act;

In violation of Title 18 United States Code, Section 1591(a), 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FIVE

Between on or about August 2023 and August 2024 in the Northern District of Indiana and elsewhere,

**ANTHONY MAYERS a/k/a "MOE", "MOE HARRIS"**

defendant herein, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited, by any means, a person, that is Individual Four, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Individual Four to engage in a commercial sex act;

In violation of Title 18 United States Code, Section 1591(a), 1591(b)(1).

## FORFEITURE ALLEGATIONS

1.    The allegations contained in the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 18, United States Code Section 2253 and Title 18, United States Code, Section 1594.

2.    Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) alleged in Count One of the Indictment, the defendant, **ANTHONY MAYERS, a/k/a "MOE", "MOE HARRIS"** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

3.    Upon conviction of an offense in violation of Title 18, United States Code, Section 1591(a), 1591(b)(1) alleged in Counts Two through Five of the Indictment, the defendant **ANTHONY MAYERS, a/k/a "MOE", "MOE HARRIS"** shall forfeit to the United States of America pursuant to Title 18,

United States Code, Section 2253(a) and Title 18, United States Code, Section 1594, the following property and interests:

a. Any and all real and personal property constituting, derived or traceable to gross profits and other proceeds obtained from the violations set forth in this indictment; and

b. Any and all real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment.

A TRUE BILL:

/s/ Foreperson
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Nadia Wardrip
      Nadia Wardrip
      Assistant United States Attorney

7