# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff,

v.                                                                    **Case No.** 2:24 CR 52

**ANTHONY MAYERS**

    Defendant.

## MOTION TO WITHDRAW AS ATTORNEY

Comes now Attorney Peter L. Boyles and moves the Court for an Order allowing him to withdraw as counsel for Defendant Anthony Mayers. In support of this motion, the undersigned counsel would show the following:

1. The undersigned counsel entered his appearance on behalf of the defendant on September 6, 2024.

2. On February 27, 2025, Defendant Anthony Mayers requested that counsel withdraw from representing him in this matter due to a breakdown of the attorney-client relationship.

3. It would be in the best interest of the defendant to have new counsel appointed.

WHEREFORE, Attorney Peter L. Boyles moves the Court for an Order granting his Motion to Withdraw as Attorney for Defendant Anthony Mayers. The undersigned counsel further requests that the Court order new counsel be appointed for the defendant from the list of Criminal Justice Act Panel Attorneys in the Hammond Division for the Northern District of Indiana.

*Date:* February 27, 2025

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:   s/ Peter L. Boyles
              Peter L. Boyles
              2929 Carlson Drive, Suite 101
              Hammond, Indiana 46323
              Phone: (219) 937-8020
              Email: Peter_boyles@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                s/ Peter L. Boyles